# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SON HOANG VU,<br><br>                Petitioner,<br>    v.<br><br>WARDEN, ANCHORAGE CORRECTIONAL COMPLEX, *et al.*,<br><br>                Respondents. | Case No. 3:26-cv-00027-SLG |

## ORDER ON EMERGENCY MOTION

Before the Court at Docket 3 is Petitioner Son Hoang Vu's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (To Enjoin Transfer Out of Alaska). Petitioner having alleged a basis for emergency relief, the Court will consider the motion on an expedited basis.

Oral argument on the motion is scheduled for January 22, 2026, at 12:00 p.m. Alaska time in Anchorage Courtroom 2. Petitioner shall immediately serve Respondents with all filings in this action, including this order. Respondents shall file their response to the emergency motion for temporary restraining order by 12:00 p.m. on January 20, 2026. Petitioner file a reply to that response by 12:00 p.m on January 21, 2026.

IT IS SO ORDERED this 16th day of January, 2026, at Anchorage, Alaska.

                                              */s/ Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE