# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SON HOANG VU,

        Petitioner,

    v.

WARDEN, ANCHORAGE CORRECTIONAL COMPLEX, *et al.*,

        Respondents.

Case No. 3:26-cv-00027-SLG

## TEMPORARY RESTRAINING ORDER

Before the Court is Petitioner's Emergency Motion for a Temporary Restraining Order ("TRO") to prevent Petitioner Son Huang Vu's transfer out of the District of Alaska pending further proceedings. Having considered the Motion, the accompanying declarations and exhibits, and the record presently before the Court, and being fully advised, the Court FINDS as follows:

1. The Court has jurisdiction over this action and authority to issue appropriate interim relief, including relief necessary to preserve the Court's ability to adjudicate the matter and to prevent irreparable harm.

2. Petitioner has shown that immediate and irreparable injury is likely absent temporary injunctive relief. Petitioner alleges, and supporting declarations indicate, that Respondents may transfer Petitioner from Alaska as early as January 16, 2026, although a review of ICE's website as of this date indicates that Mr. Vu is still at ACC in Anchorage. A

transfer out of the District of Alaska could risk mooting or substantially frustrating effective judicial review.

3. Petitioner has shown at least serious questions going to the merits and that the balance of hardships tips sharply in Petitioner's favor. Maintaining the status quo for a brief period pending further Court review imposes minimal administrative burden compared to the risk of substantial prejudice to Petitioner if transferred.

4. The public interest favors preserving the Court's ability to provide effective relief and ensuring orderly adjudication of the issues presented.

5. Given the imminence of the alleged transfer, immediate temporary relief is warranted to preserve the status quo, particularly because as of the date of the declaration of Bradley Hayes, January 16, 2026, it appears no travel document request for Mr. Vu had yet been submitted to Vietnam.[1]

Accordingly, IT IS HEREBY ORDERED:

A. Respondents, and their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are TEMPORARILY RESTRAINED AND ENJOINED from:

1. transferring Petitioner from the Anchorage Correctional

---

[1] Docket 12-1 at ¶ 10.

Case No. 3:26-cv-00027-SLG, *Vu v. Warden, Anchorage Correctional Complex, et al.*
Temporary Restraining Order
Page 2 of 4

Case 3:26-cv-00027-SLG    Document 19    Filed 01/27/26    Page 2 of 4

Facility, located in Alaska; and/or

2. transferring Petitioner outside the District of Alaska; pending further order of this Court.

B. Limited Exception. This Order does not prohibit temporary movement that is medically necessary for emergency treatment, provided Respondents (through counsel) provide notice to Petitioner's counsel as soon as practicable and, in any event, within 24 hours of any such emergency movement, describing the location and expected duration.

C. Service and Notice of Order. Petitioner shall promptly serve this Order on Respondents and/or Respondents' counsel by the fastest means available, including email.

D. Duration. This TRO shall remain in effect for 14 days, unless extended for good cause or by consent, or unless superseded by an order on a motion for preliminary injunction.

E. A hearing on the motion for a preliminary injunction is set for **February 5, 2026, at 3:15 p.m.** in Anchorage Courtroom 2.

F. Security. No security is required under Rule 65(c) (or security is set in the amount of $0.00) because this Order preserves the status quo for a brief period, Respondents are government officials acting in their official capacities, and the record does not support any likelihood of monetary harm to Respondents from temporary non-transfer.

Case No. 3:26-cv-00027-SLG, *Vu v. Warden, Anchorage Correctional Complex, et al.*
Temporary Restraining Order
Page 3 of 4

Case 3:26-cv-00027-SLG   Document 19   Filed 01/27/26   Page 3 of 4

DATED this 27th day of January, 2026, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:26-cv-00027-SLG, *Vu v. Warden, Anchorage Correctional Complex, et al.*
Temporary Restraining Order
Page 4 of 4

Case 3:26-cv-00027-SLG   Document 19   Filed 01/27/26   Page 4 of 4