IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SON HOANG VU,

        Petitioner,

v.

WARDEN, ANCHORAGE CORRECTIONAL COMPLEX, *et al.*,

        Respondents.

Case No. 3:26-cv-00027-SLG

## ORDER ON MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Petitioner's Motion for Preliminary Injunction. On January 27, 2026, the Court entered a Temporary Restraining Order ("TRO") prohibiting Respondents from transferring Petitioner from Anchorage Correctional Facility and/or transferring Petitioner outside the District of Alaska. The TRO is scheduled to expire on February 10, 2026. On February 5, 2026, the Court held a hearing on the Motion for Preliminary Injunction and heard arguments from both parties. Having considered the motion, the supporting declarations and exhibits, and the record presently before the Court, and being fully advised, the Motion for Preliminary Injunction is GRANTED in part and DENIED in part.

The Court finds that the requirements for limited preliminary injunctive relief are satisfied for substantially the same reasons stated in the TRO. The Court specifically finds that:

- Petitioner has shown that he is likely to suffer irreparable harm absent continued injunctive relief;

- Petitioner has shown at least serious questions going to the merits and that the balance of hardships tips sharply in Petitioner's favor;

- Maintaining the status quo during the pendency of this case imposes minimal administrative burden compared to the risk of substantial prejudice to Petitioner if transferred out of this jurisdiction; and

- The public interest favors preserving the Court's ability to provide effective relief and ensuring the orderly adjudication of the issues presented.

Accordingly, IT IS HEREBY ORDERED:

- Respondents, and their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are ENJOINED from:

    - transferring Petitioner from the Anchorage Correctional Facility, located in Alaska; and/or

    - transferring Petitioner outside the District of Alaska; pending further order of this Court.

- This order does not prohibit temporary movement that is medically necessary for emergency treatment, provided Respondents (through counsel) provide notice to Petitioner's counsel as soon as practicable and, in any event, within 24 hours of any such emergency movement, describing the location and expected duration.

- Petitioner's request for immediate release from custody is DENIED.

Case No. 3:26-cv-00027-SLG, *Vu v. Warden, Anchorage Correctional Complex, et al.*
Order on Motion for Preliminary Injunction
Page 2 of 3

Case 3:26-cv-00027-SLG    Document 24    Filed 02/06/26    Page 2 of 3

- A status conference is set for **March 5, 2026, at 3:15 p.m.** in Anchorage Courtroom 2. Respondents shall file a return memorandum/status report on or before **February 26, 2026**. The hearing shall not include the presentation of evidence by either party unless a party file a notice of intent to present evidence, describing the evidence to be presented, no later than **March 2, 2026.**

- This Preliminary Injunction shall remain in effect until further order of the Court.

- No security is required under Rule 65(c) because this order preserves the status quo, Respondents are government officials acting in their official capacities, and the record does not support any likelihood of monetary harm to Respondents from the temporary non-transfer of Petitioner.

DATED this 6th day of February, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:26-cv-00027-SLG, *Vu v. Warden, Anchorage Correctional Complex, et al.*
Order on Motion for Preliminary Injunction
Page 3 of 3
Case 3:26-cv-00027-SLG    Document 24    Filed 02/06/26    Page 3 of 3